```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 28, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: Fannie Mae Securities and Employee                    09-md-02013-PAC
Retirement Income Security Act (ERISA)
Litigation
-----------------------------------------------------------X


-----------------------------------------------------------X
In re: Fannie Mae 2008 Securities Litigation                 08-cv-07831-PAC
-----------------------------------------------------------X


-----------------------------------------------------------X
In Re 2008 Fannie Mae ERISA Litigation                       09-cv-01350-PAC
-----------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

All filings in the six cases listed below should be made under docket number: 09-md-2013 & 08cv7831 (securities) or 09cv1350 (Erisa). The Clerk of Court is directed to terminate the following six cases:

        08-cv-08519-PAC  Krausz v. Federal Nat'l Mortgage

        09-cv-01352-PAC  Kramer v. Federal National Mortgage

        09-cv-02197-PAC  Gwyer v. Federal National Mortgage

        09-cv-02198-PAC  Gordon v. Citigroup Global Markets

        09-cv-06102-PAC  CIS, Inc. v. Mudd

        10-cv-02781-PAC  Smith v. Federal National Mortgage

Dated: New York, New York
      March 28, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge